CITY OF KANSAS CITY,
Missouri, Respondent,

v.

Gary D. TEBBETS, Appellant.

No. WD 42610.

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Rehearing Denied Oct. 2, 1990.

Gary D. Tebbets, pro se.

Michael E. Bailey, Asst. Pros. Atty., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appellant appeals from conviction of misdemeanor speeding under city ordinance.

Judgment affirmed. Rule 30.25(b).